UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Hotel & Restaurant & Bar Employees Fringe Benefit Funds,

Plaintiff,

vs. ORDER

Mui Truong, as mother and natural guardian of Peter Truong,

Defendant. Civ. No. 01-873 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of October, 2001.

* * *

On October 3, 2001, the Court conducted an Initial Pretrial Conference in this matter, and was advised by counsel that the parties have stipulated to the operative facts, and have filed cross-Motions for Summary Judgment which, in all probability, will resolve the parties' dispute. For these purposes, the Plaintiff was represented by Thomas F. Andrew, Esq., and the Defendant was represented by Mark L. Knutson, Esq. Given the current posture of this action, we issue this Order to instruct counsel that, should Summary Judgment be unsuccessful, then counsel are to contact this Court for the purpose of reconvening the Initial Pretrial Confer-

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

ence, in order that appropriate pretrial deadlines may then be established.

NOW, THEREFORE, It is --

ORDERED:

That counsel are instructed to promptly contact this Court in the event that the cross-Motions for Summary Judgment, which currently pend, fail to fully dispose of the issues presented in this action.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE