**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Hotel & Restaurant & Bar Employees Fringe Benefit Funds,

Plaintiff,

Civil File No. 01-873 (MJD/RLE)

v.

**ORDER**

Mui Trong, as mother and natural guardian of Peter Truong,

Defendant.

---

The Court has reviewed the letter of Defendant's counsel dated January 9, 2002. As that letter instructs, the Supreme Court recently decided Great-West Life & Annuity Ins. Co. v. Knudson, __ S.Ct. __, 2002 WL 15399 (Jan. 8, 2002). The parties are hereby directed to submit simultaneous letter briefs, not to exceed 4 pages, on the application of the Supreme Court's decision in that case to the underlying case before this Court. The letter briefs should be submitted to this Court by Tuesday, January 22, 2002.

**IT IS SO ORDERED.**

Dated: 1-16, 2002

Michael J. Davis
United States District Court Judge

FILED JAN 1 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______