**UNITED STATES FEDERAL COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

Case No: 01-CV-873 MJD/RLE

Hotel & Restaurant & Bar Employees
Fringe Benefit Funds,

Plaintiff,

vs.

**STIPULATION AND ORDER FOR DISMISSAL**

Mui Truong, as mother and natural
guardian of Peter Truong,

Defendant.

IT IS HEREBY STIPULATED AND AGREED between the parties, through their respective counsel, that the above-entitled action, having been compromised and settled, may be and hereby is dismissed with prejudice on the merits and without costs to any party. It is further agreed that any party hereto may apply to the court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: August 30, 2002.

BROWN, ANDREW & SIGNORELLI, P.A.

By: ______________________
Aaron R. Bransky
Attorney Id. #226610
300 Alworth Building
306 West Superior Street
Duluth, MN 55802
218/722-1764
Attorneys for Plaintiff

AGNEW, DRYER, STORAASLI, KNUTSON
& POMMERVILLE, LTD.

By: ______________________
Mark L. Knutson
Attorney Id. #57149
200 Sellwood Building
202 West Superior Street
Duluth, MN 55802
218/727-8451

FILED 9-12-02
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD 9-12-02
DEPUTY CLERK ______

**ORDER**

Based on the foregoing Stipulation for Dismissal with Prejudice and the Court being advised in the matter,

IT IS HEREBY ORDERED that the action be and the same is hereby dismissed with prejudice on the merits and without costs to either of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Sept 12, 2002

BY THE COURT:

Michael J. Davis

Honorable Michael J. Davis
Judge of the District Court

Hotel & Restaurant & Bar Employees Fringe Benefit Funds v. Mui Truong,
Civil No.: 01-873 (MJD/RLE)